HAMLET POOLE, respondent,

*v.*

SUPREME CIRCLE BROTHERHOOD OF AMERICA, appellant.

[Submitted March 25th, 1912. Decided June 20th, 1912.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Walker.

*Mr. Frank S. Katzenbach, Jr.,* for the respondent.

*Mr. John F. Harned,* for the appellant.

PER CURIAM.

The decree appealed from will be affirmed for the reasons stated in the opinion filed in the court below by Vice-Chancellor Walker.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, PARKER, BERGEN, VOORHEES, MINTURN, KALISCH, BOGERT, VREDENBURGH, VROOM, CONGDON, WHITE, TREACY—15.

*For reversal*—None.